FILED IN
COURT OF APPEALS

FEB 2 8 2000

LISA MATZ
CLERK 5th DISTRICT

*IN THE*

# COURT OF CRIMINAL APPEALS

*AUSTIN, TEXAS*

HUBERT HORTON

VS.                                                   CAUSE NO. 05-97-00447-CR

STATE OF TEXAS

## O R D E R

On this 25th day of February, 1999, came on to be considered the appellant's *pro se*

*motion* for leave to file an out of time petition for discretionary review.

AND SUCH MOTION is hereby *denied*.

IT IS SO ORDERED.

PER CURIAM

A TRUE COPY ATTEST:

Troy C. Bennett, Jr., Clerk
Court of Criminal Appeals

By: _Faye Koenig_
Faye Koenig, Deputy Clerk